**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**AMY PAULSHOCK,**

         **Plaintiff,**

**-vs-**                                                      **Case No. 6:05-cv-1415-Orl-DAB**

**NNOVATION LEARNING GROUP, INC.,**
**THE NAVIGATOR SCHOOL, INC.,**
**ALTHA M. NEILSON, KENT R.**
**NEILSON,**

         **Defendants.**
_____

## ORDER AND NOTICE OF HEARING

This cause came on for consideration with oral argument on the following motions filed herein:

| | |
|---|---|
| **MOTION:** | **MOTION FOR AN EXTENSION OF TIME TO PREPARE AND FILE JOINT FINAL PRETRIAL STATEMENT AND TO RESCHEDULE THE FINAL PRETRIAL CONFERENCE (Doc. No. 61)** |
| **FILED:** | April 20, 2007 |
| **THEREON** it is **ORDERED** that the motion is **GRANTED**. | |
| **MOTION:** | **UNOPPOSED MOTION FOR JAMES N. CHARLES TO WITHDRAW AS COUNSEL AND TO CONTINUE TRIAL (Doc. No. 59)** |
| **FILED:** | April 13, 2007 |
| **THEREON** it is **ORDERED** that the motion is **GRANTED**. | |

Dr. Altha M. Neilson having expressed a divergent interest from the other Defendants – including the possibility of settling individually with the Plaintiff – has made joint representation by James Charles, Esq. no longer ethically prudent. Dr. Altha Neilson represented at the April 23, 2007 hearing that she now intends to proceed *pro se*. Mr. Kent Neilson, who controls the interests of Nnovation Learning Group, Inc. and the Navigator School, Inc. will have 30 days in which to find new counsel to represent the joint interests of these Defendants. During the next thirty days, the case will be suspended, and the trial scheduled for May 21, 2007; the Final Pretrial Trial Conference scheduled for April 30, 2007; and the Final Pretrial Statement are **ORDERED CONTINUED**.

**As the Court discussed at length at the April 23, 2007 hearing, failure to find new counsel for the corporate Defendants, or failure to defend the case for the individual Defendants if they are proceeding *pro se*, may result in a default judgment being entered against them.**

**TAKE NOTICE** that Status and Scheduling Conference will be held before the undersigned on **MONDAY**, **JUNE 11, 2007** at **10:00 A.M.** in Courtroom #6, George C. Young U.S. Courthouse and Federal Building, 80 North Hughey Avenue, Orlando, Florida.

**DONE** and **ORDERED** in Orlando, Florida on April 23, 2007.

*David A. Baker*
DAVID A. BAKER
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record